68,045-05,06
2-9-15

Dear Court Clerk,

My Name's Tracy N. Young. T.D.C.J. # 1357975.

* I am Currently housed on the Hobby Unit in Marlin, TX. 742 FM 712 76661. I Recently Recieved from you all the Courts decision to in-fact dismiss my writ. Yet, I'd like & need to know why? So that I May Appeal this decision As well. Please Send me the legal & Accurate Form to Appeal this for I will Continue to fight for what I know is Real & Unjustifiable at that. Please. I Am freakin innocent. And I need the Reasons for my Dismissed Claim Please. Soon As, So that I may waste no time with the Appeal. I Strongly & grately thank you for Your time. You take it Easy & God Bless.

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 13 2015

Abel Acosta, Clerk

Respectfully tru,
Tracy N. Young
Tracy N. Young
# 1357975

P.S. TR.Ct.No.
C-213-010352-0865458-CWR-68,045-06
C-213-010351-0852592-CWR-68,045-05
Read Please & Judge for yourself. If you have Any Advice on Any more legal Remedies I Could Adhere to Please let me know. I'd truely Appreciate it. Because my Case & Charge is Crap beyond & Untrue. Please help me to help my self So that I may help others. I'm A Damn hard worker Paying Taxes No freakin Criminal. Was once ignorant to the law & Rail Roaded by the System. Cohorcesed by my Court Appointed Counsel & Raped by the injustice, due to fear of County Jail. Please Respond. let me know of Other exhausts As well As the legal form for my Appeal Please, Thanks.